IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

VENETA HILL PLAINTIFF

v. Case No. 6:26-cv-06094

ANDREA SHEFFIELD, *et al*. DEFENDANT

**ORDER**

Before the Court is the Report and Recommendation filed by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. ECF No. 7. Judge Singleton recommends that Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). Plaintiff has not filed objections to the Report and Recommendation (ECF No. 7), and the time to object has passed. *See* 28 U.S.C. § 636(b)(1)(C). Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 20) *in toto*. Accordingly, Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**IT IS SO ORDERED**, this 21st day of September 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge